UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOHN E. ROBERTS, | ) | No.  CV-10-5072-CI |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO REMAND PURSUANT TO |
| v. | ) | SENTENCE FOUR OF 42 U.S.C. |
| | ) | § 405(g) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' Stipulated Motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings.  (Ct. Rec. 23.)  Attorney David L. Lybbert represents Plaintiff John Roberts; Special Assistant United States Attorney Jordan D. Goddard represents Defendant.  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion to Remand **(Ct. Rec. 23)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall reevaluate the opinion of CeCelia Cooper, Ph.D.; evaluate the severity of Plaintiff's diagnosed impairments, including bipolar disorder, narcissistic personality disorder, disorder of written expression,

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1 │ and mathematic disorder; evaluate the effects of obesity; evaluate

2 │ lay witness statements from Plaintiff's former supervisors; and

3 │ evaluate the opinions of the State agency reviewing physicians,

4 │ Edward Beaty, Ph.D., and Diane Rubin, M.D.   The ALJ shall further

5 │ develop the record by ordering additional consultative examinations

6 │ for Plaintiff's physical and mental impairments and allow Plaintiff

7 │ the opportunity to testify at a new hearing.

8 │        2.   Judgment shall be entered for the **PLAINTIFF**.

9 │        3.   Plaintiff's Motion for Summary Judgment (**Ct. Rec. 14**) is

10 │ stricken as moot.

11 │        4.   An application for attorney fees may be filed by separate

12 │ motion.

13 │        The District Court Executive is directed to enter this Order,

14 │ forward copies to counsel, and thereafter shall close this file.

15 │        DATED June 2, 2011.

16 │

17 │                   S/ CYNTHIA IMBROGNO
   │              UNITED STATES MAGISTRATE JUDGE

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

ORDER GRANTING STIPULATED MOTION TO REMAND - 2